IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************
IN RE:                              :
ROBERT GREEN and                    :      CHAPTER 13
CHERYL GREEN                        :      CASE NO.  5-16-04854
       Debtors          :
*************************************************************************
## ORDER
*************************************************************************

UPON consideration of Debtor's Motion for Conversion of Chapter 13 Case to Chapter 7 Case it is further ordered:

The Debtor's Motion is granted and the Debtor's case is converted to a Chapter 7 Bankruptcy Case

Dated: March 15, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)