```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-04854-JJT
Robert Bradley Green                                                Chapter 7
Cheryl A. Green
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0314-5          User: JGoodling              Page 1 of 1          Date Rcvd: Mar 15, 2017
                              Form ID: pdf010              Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
```
db/jdb        +Robert Bradley Green,    Cheryl A. Green,    8 Green Lane,    Scott Township, PA 18433-7755
4860256       +AAS Debt Recovery, Inc.,    P.O. Box 129,    Monroeville, PA 15146-0129
4860258       +Comcast-PA,    Attn: Bankruptcy,    1555 Suzy St.,    Lebanon, PA 17046-8318
4860259       +DLJ Mortgage Capital, Inc.,    3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
4860260        First National Bank,    3320 State St.,    Hermitage, PA 16148-3301
4860261       +First National Bank of PA,    4140 E. State St.,    Hermitage, PA 16148-3401
4860262       +Great Valley Cardiology,    746 Jefferson Ave.,, Suite 305,    Scranton, PA 18510-1639
4860263       +Great Valley Cardiology Assoc.,    746 Jefferson Ave, Ste 305,    Scranton, PA 18510-1639
4860264       +Hellers Gas dba BAck Mountain Gas,    500 N. Poplar St.,    Berwick, PA 18603-1526
4860265        KML Law Group, P.C.,    Suite 5000, BNY Mellon Independence Ctr.,    Philadelphia, PA 19106
4860266       +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4860267       +Moses Taylor Hospital,    700 Quincy Ave,    Attn: Justin Davis CEO,    Scranton, PA 18510-1798
4860268       +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4889137       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4860270       +Pathology Associates of NEPA,    781 Keystone Industrial Park,    Dunmore, PA 18512-1530
4860269       +Pathology Associates of NEPA,    613 Main Street,    Peckville, PA 18452-2303
4860271        Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
4860272       +Regency Finance Company,    737 Scranton Carbondale Hwy,    Dickson City, PA 18508-1121
4882818       +Scott Township Sewer and Water Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
4860274       +Scott Twp. Sewer and Water Authority,    1038 Montdale Road,    Scott Township, PA 18447-9773
4860275        Select Portfolio Servicing,    3217 Decker Lake Dr.,    West Valley City, Utah  84119-3284
4860276       +Selene Finance LP,    9990 Richmond Ave. , Ste. 100 North,    Houston, TX 77042-8500
4860278        The Loan Servicing Center,    Customer Support Unit,    P.O. Box 551170,
                Jacksonville, FL 32255-1170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4860277       +E-mail/Text: bankruptcy@sw-credit.com Mar 15 2017 19:11:03      Southwest Credit Systems, LP,
                4120 International Pkwy., Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr             ** No Trustee Appointed Yet **
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*           +Scott Township Sewer and Water Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
4860257*      +Cheryl A. Green,    8 Green Lane,    Scott Township, PA 18433-7755
4860273*      +Robert Bradley Green,    8 Green Lane,    Scott Township, PA 18433-7755
                                                                                   TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Randolph Wood   on behalf of Creditor    Scott Township Sewer and Water Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Thomas I Puleo   on behalf of Creditor    DLJ Mortgage Capital, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio DeLuca   on behalf of Debtor Robert Bradley Green tullio.deluca@verizon.net
              Tullio DeLuca   on behalf of Joint Debtor Cheryl A. Green tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

***

IN RE: :
ROBERT GREEN and : CHAPTER 13
CHERYL GREEN : CASE NO. 5-16-04854
    Debtors :

***

ORDER

***

UPON consideration of Debtor's Motion for Conversion of Chapter 13 Case to Chapter 7 Case it is further ordered:

The Debtor's Motion is granted and the Debtor's case is converted to a Chapter 7 Bankruptcy Case

Dated: March 15, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)