```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 16-04854-JJT
Robert Bradley Green                                            Chapter 7
Cheryl A. Green
         Debtors                   CERTIFICATE OF NOTICE

District/off: 0314-5          User: CKovach              Page 1 of 2           Date Rcvd: Mar 17, 2017
                              Form ID: 309A              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
db/jdb         +Robert Bradley Green,    Cheryl A. Green,    8 Green Lane,    Scott Township, PA 18433-7755
aty            +James Randolph Wood,    Portnoff Law Associates, Ltd.,    2700 Horizon Drive,   Suite 100,
                 King of Prussia, PA 19406-2726
aty            +Matthew Christian Waldt,    Milstead & Associates LLC,    1 East Stow Rd,
                 Marlton, NJ 08053-3118
aty            +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +John J Martin (Trustee),    Law Offices of John J Martin,    1022 Court Street,
                 Honesdale, PA 18431-1925
4860256        +AAS Debt Recovery, Inc.,    P.O. Box 129,   Monroeville, PA 15146-0129
4895880         Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
4860258        +Comcast-PA,    Attn: Bankruptcy,    1555 Suzy St.,   Lebanon, PA 17046-8318
4860259        +DLJ Mortgage Capital, Inc.,    3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
4860260         First National Bank,    3320 State St.,    Hermitage, PA 16148-3301
4860261        +First National Bank of PA,    4140 E. State St.,    Hermitage, PA 16148-3401
4860262        +Great Valley Cardiology,    746 Jefferson Ave., Suite 305,    Scranton, PA 18510-1639
4860263        +Great Valley Cardiology Assoc.,    746 Jefferson Ave, Ste 305,    Scranton, PA 18510-1639
4860264        +Hellers Gas dba BAck Mountain Gas,    500 N. Poplar St.,    Berwick, PA 18603-1526
4860265         KML Law Group, P.C.,    Suite 5000, BNY Mellon Independence Ctr.,    Philadelphia, PA 19106
4860266        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4860267        +Moses Taylor Hospital,    700 Quincy Ave,    Attn: Justin Davis CEO,   Scranton, PA 18510-1798
4860268        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4889137        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4860270        +Pathology Associates of NEPA,    781 Keystone Industrial Park,    Dunmore, PA 18512-1530
4860269        +Pathology Associates of NEPA,    613 Main Street,    Peckville, PA 18452-2303
4860271         Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,   Harrisburg, PA 17108-0988
4860272        +Regency Finance Company,    737 Scranton Carbondale Hwy,    Dickson City, PA 18508-1121
4882818        +Scott Township Sewer and Water Authority,    c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
4860274        +Scott Twp. Sewer and Water Authority,    1038 Montdale Road,    Scott Township, PA 18447-9773
4860275         Select Portfolio Servicing,    3217 Decker Lake Dr.,    West Valley City, Utah 84119-3284
4860276        +Selene Finance LP,    9990 Richmond Ave. , Ste. 100 North,    Houston, TX 77042-8500
4860278         The Loan Servicing Center,    Customer Support Unit,    P.O. Box 551170,
                 Jacksonville, FL 32255-1170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: tullio.deluca@verizon.net Mar 17 2017 18:42:20      Tullio DeLuca,
                 381 N. 9th Street,    Scranton, PA 18504
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Mar 17 2017 18:42:37      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4860277        +EDI: SWCR.COM Mar 17 2017 18:48:00      Southwest Credit Systems, LP,
                 4120 International Pkwy., Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*            +Scott Township Sewer and Water Authority,    c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
4860257*       +Cheryl A. Green,    8 Green Lane,   Scott Township, PA 18433-7755
4860273*       +Robert Bradley Green,    8 Green Lane,   Scott Township, PA 18433-7755
                                                                                            TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2017 at the address(es) listed below:

```
          James Randolph Wood    on behalf of Creditor    Scott Township Sewer and Water Authority
           jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
          John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
          Matthew Christian Waldt    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Thomas I Puleo    on behalf of Creditor    DLJ Mortgage Capital, Inc. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor Robert Bradley Green tullio.deluca@verizon.net
          Tullio  DeLuca    on behalf of Joint Debtor Cheryl A. Green tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

| | **Information to identify the case:** | | |
|---|---|---|---|
| Debtor 1 | **Robert Bradley Green**<br>First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–2144** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Cheryl A. Green**<br>First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–6608** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | Date case filed in chapter **13**<br>**November 29, 2016** | |
| Case number: | **5:16–bk–04854–JJT** | Date case converted to chapter **7** | **March 15, 2017** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Bradley Green | Cheryl A. Green |
| 2. | **All other names used in the last 8 years** | aka Robert B. Green, aka Robert Green, aka R. Bradley Green | aka Cheryl Green |
| 3. | **Address** | 8 Green Lane<br>Scott Township, PA 18433 | 8 Green Lane<br>Scott Township, PA 18433 |
| 4. | **Debtor's attorney**<br>Name and address | Tullio DeLuca<br>381 N. 9th Street<br>Scranton, PA 18504 | Contact phone 570 347–7764<br>Email: tullio.deluca@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin (Trustee)<br>Law Offices of John J Martin<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br>Email: pa36@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes–Barre, PA 18701 | Hours open Monday – Friday 9:00 AM to 4:00 PM  Contact phone (570) 831–2500  Date: March 17, 2017 |
|---|---|---|
| 7. **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 5, 2017 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** **Valid photo identification and proof of social security number are required** *** | Location:  **Wm J Nealon Fed Bldg/US Courthouse, room to be determined, Washington & Linden Streets, Scranton, PA 18503** |
| 8. **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** July 5, 2017 |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                   page **2**