**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

**April 6, 2017**

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Cheryl & Robert Green
        Chapter 13 Bankruptcy
        Case No: 5-**16-04854**

Dear Sir/Madam:

      Please be advised that the address for the Debtor has changed. The correct information is as follows:

      Cheryl & Robert Green
      836 A Hill Street
      Archbald, PA 18403

Thank you for assistance in this matter.

      Very truly yours,


      /s/ Tullio DeLuca, Esquire

TD/th