```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04854-JJT
Robert Bradley Green                                            Chapter 7
Cheryl A. Green
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: JGoodling           Page 1 of 1          Date Rcvd: Jun 07, 2017
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
db/jdb         +Robert Bradley Green,   Cheryl A. Green,   836 A Hill Street,   Archbald, PA 18403-2114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
              James Randolph Wood    on behalf of Creditor    Scott Township Sewer and Water Authority
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              John J Martin (Trustee)    pa36@ecfcbis.com,    trusteemartin@martin-law.net
              Matthew Christian Waldt    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor    DLJ Mortgage Capital, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Robert Bradley Green tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Joint Debtor Cheryl A. Green tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

****************************************************************************

| | |
|---|---|
| IN RE: | : |
| ROBERT GREEN and | : CHAPTER 13 |
| CHERYL GREEN | : CASE NO. 5-16-04854 |
| Debtors | : |

****************************************************************************
ORDER
****************************************************************************

Upon consideration of Debtor's Motion to Extend Personal Financial Management Course and Directing the Clerk to keep the Case Open for thirty (30) days, it is hereby:

**ORDERED**, that the Debtor's Motion to Extend Personal Financial Management Course and Directing the Clerk to keep the Case Open for thirty (30) days in the above case is hereby **GRANTED**; and it is further

**ORDERED**, that the Debtor shall have thirty (30) days from the date of this Order to complete the required Personal Financial Management Course and the Clerk will keep the case open to allow the Debtors to complete the Course. Otherwise the case will be closed without further notice.

Dated: June 7, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)