```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 16-04854-JJT
Robert Bradley Green                                            Chapter 7
Cheryl A. Green
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5           User: JGoodling              Page 1 of 2              Date Rcvd: Jul 18, 2017
                               Form ID: 318                 Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
db/jdb         +Robert Bradley Green,   Cheryl A. Green,   836 A Hill Street,   Archbald, PA 18403-2114
4860256        +AAS Debt Recovery, Inc.,   P.O. Box 129,   Monroeville, PA 15146-0129
4860257        +Cheryl A. Green,    8 Green Lane,   Scott Township, PA 18433-7755
4860258        +Comcast-PA,   Attn: Bankruptcy,   1555 Suzy St.,   Lebanon, PA 17046-8318
4860259        +DLJ Mortgage Capital, Inc.,   3217 S. Decker Lake Drive,   Salt Lake City, UT 84119-3284
4860260         First National Bank,   3320 State St.,   Hermitage, PA 16148-3301
4860261        +First National Bank of PA,   4140 E. State St.,   Hermitage, PA 16148-3401
4860262        +Great Valley Cardiology,   746 Jefferson Ave.,, Suite 305,   Scranton, PA 18510-1639
4860263        +Great Valley Cardiology Assoc.,   746 Jefferson Ave, Ste 305,   Scranton, PA 18510-1639
4860264        +Hellers Gas dba BAck Mountain Gas,   500 N. Poplar St.,   Berwick, PA 18603-1526
4860265         KML Law Group, P.C.,   Suite 5000, BNY Mellon Independence Ctr.,   Philadelphia, PA 19106
4860266        +Law offices of Tullio DeLuca,   381 N. 9th Avenue,   Scranton, PA 18504-2005
4860267        +Moses Taylor Hospital,   700 Quincy Ave,   Attn: Justin Davis CEO,   Scranton, PA 18510-1798
4889137        +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4860270        +Pathology Associates of NEPA,   781 Keystone Industrial Park,   Dunmore, PA 18512-1530
4860269        +Pathology Associates of NEPA,   613 Main Street,   Peckville, PA 18452-2303
4860271         Penn Credit Corp.,   916 South 14th Street,   P.O. Box 988,   Harrisburg, PA 17108-0988
4860272        +Regency Finance Company,   737 Scranton Carbondale Hwy,   Dickson City, PA 18508-1121
4860273        +Robert Bradley Green,   8 Green Lane,   Scott Township, PA 18433-7755
4882818        +Scott Township Sewer and Water Authority,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
4860274        +Scott Twp. Sewer and Water Authority,   1038 Montdale Road,   Scott Township, PA 18447-9773
4860275         Select Portfolio Servicing,   3217 Decker Lake Dr.,   West Valley City, Utah 84119-3284
4860276        +Selene Finance LP,   9990 Richmond Ave. , Ste. 100 North,   Houston, TX 77042-8500
4860278         The Loan Servicing Center,   Customer Support Unit,   P.O. Box 551170,
                 Jacksonville, FL 32255-1170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4895880         EDI: BANKAMER.COM Jul 18 2017 18:53:00      Bank of America, N.A.,   PO Box 31785,
                 Tampa, FL 33631-3785
4860268        +E-mail/Text: Bankruptcies@nragroup.com Jul 18 2017 18:46:14      National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
4860277        +EDI: SWCR.COM Jul 18 2017 18:53:00      Southwest Credit Systems, LP,
                 4120 International Pkwy., Suite 1100,   Carrollton, TX 75007-1958
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*            +Scott Township Sewer and Water Authority,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
              James Randolph Wood    on behalf of Creditor   Scott Township Sewer and Water Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Matthew Christian Waldt    on behalf of Creditor   Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor   DLJ Mortgage Capital, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Tullio  DeLuca    on behalf of Debtor Robert Bradley Green tullio.deluca@verizon.net
         Tullio  DeLuca    on behalf of Joint Debtor Cheryl A. Green tullio.deluca@verizon.net
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                       TOTAL: 7

| | | |
|---|---|---|
| Debtor 1 | **Robert Bradley Green** | Social Security number or ITIN **xxx–xx–2144** |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | **Cheryl A. Green** | Social Security number or ITIN **xxx–xx–6608** |
| | First Name   Middle Name   Last Name | EIN  __–_____ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **5:16–bk–04854–JJT**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Bradley Green
aka Robert B. Green, aka Robert Green, aka R. Bradley Green

Cheryl A. Green
aka Cheryl Green

**By the court:** *[signature]*

July 18, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: JGoodling, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318        **Order of Discharge**        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**